UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lennora Banks-Davis,

    Plaintiff,

Case No. 16-cv-2887 MJD/FLN

v.

ORDER

United States of America,

    Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 3, 2017, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that the Complaint recharacterized as a Petition for a writ of habeas corpus by a person in federal custody (ECF No. 1) is **DENIED**.

LET JUDGEMENT BE ENTERED ACCORDINGLY

DATED: October 27, 2017

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge